IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JESSE EVANS,                        )
                                    )
            Petitioner,             )
                                    )
      v.                            )     CIVIL ACTION NO. 2:06cv1069-MHT
                                    )              (WO)
DARLENE DREW,                       )
                                    )
            Respondent.             )

**ORDER**

On January 27, 2009, the magistrate judge filed a recommendation in this case to which no timely objections have been filed.  Upon an independent and de novo review of the file in this case, it is ORDERED and ADJUDGED that the recommendation of the magistrate judge (Doc. # 17) is adopted and that petitioner's case is dismissed as the claims therein do not entitle him to any relief.

DONE, this the 26th day of February,  2009.

            _____/s/ Myron H. Thompson_____
            UNITED STATES DISTRICT JUDGE